IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PERRY FARRIS, #202 577            *

    Petitioner,                     *

    v.                                 *       3:10-CV-270-ID
                                                        (WO)

WARDEN LEON FORNISS, *et al.*,    *

    Respondents.                *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion requesting the court to reconsider its order denying his request to expedite disposition of the instant petition, and for good cause, it is

ORDERED the motion (*Doc. No. 14*) be DENIED based on the reasons stated in the court's June 15, 2011 order. The court is aware that the instant action is pending on the undersigned's docket along with numerous other actions filed both before and after the present petition was filed. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

Done, this 23rd day of June 2011.

                                       /s/ Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE