IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PERRY FARRIS, #202577, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 3:10-cv-270-MEF |
| | ) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

On April 2, 2012, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief filed by Petitioner Perry Farris is DENIED as petitioner failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(I), and this petition is DISMISSED with prejudice.

DONE this the 1st day of May, 2012.

                                                 /s/ Mark E. Fuller
                                       UNITED STATES DISTRICT JUDGE